IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00498-LTB-MEH

GARY SMOLEN,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2011.**

    In light of the Court's calendar settings for September 7, 2011, Defendant's unopposed Motion to Change the Start Time of the Mediation [filed August 25, 2011; docket #17] is **denied**. However, the Court will allow the Defendants to appear at such time as they arrive in Denver for the scheduled conference. All other aspects of this Court's August 16, 2011 order remain in effect.